**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: April M Hay                                  BK No. 1:09–bk–13120

Debtor(s)                                              Chapter 7

---

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT
### AFTER DISTRIBUTION AND DISCHARGING TRUSTEE

The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the U.S. Trustee, along with all the cancelled checks and ending bank statements reflecting a zero ending balance in all estate accounts and the same having initially being reviewed by the U.S. Trustee and filed with the court without objection;

It is hereby ORDERED that the trustee's Final Report and Account After Distribution is **APPROVED**, and further, that the trustee is hereby discharged from his/her duties herein as trustee.

It is further ORDERED that this proceeding is closed pursuant to 11 U.S.C. §350(a) and Fed.R.Bankr.P.5009.

*So Ordered:*

/s/ Arthur N. Votolato
**U.S. Bankruptcy Court Judge**

Date: **9/27/11**

Entered on Docket: **9/27/11**
Document Number: **34**

opppdistrcc.jsp #139

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*